# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

United States of America

v.                                                        Case Number:  AU:25-CR-00537(1)-RP

(1) Daniel Vincent Attridge
   *Defendant*

Dear Sir or Madam:

TAKE NOTICE that the above-entitled case has been set before:

**UNITED STATES MAGISTRATE JUDGE DUSTIN M. HOWELL,**

**at the U.S. Courthouse, 501 West Fifth Street Austin, Texas Courtroom #3**, for the following:

**ARRAIGMENT**

on **Thursday, December 18, 2025 at 9:00 AM**

EVERYONE to whom this notice is addressed (except those to whom copies are sent for information only) must appear IN PERSON unless excused from appearing by the Court.

ATTORNEYS are reminded that it is their duty to advise clients, witnesses, and others concerning rules of decorum to be observed in Court.  (Local Court Rule AT-5(b)(12)).

WHENEVER defendants or witnesses in a criminal case have need for the services of a court interpreter, the attorney must inform the Clerk not later than five (5) business days before the scheduled Court proceeding.

If defendant chooses to waive hearing, a written waiver (see attached) must be signed by defendant and his/her counsel and filed by 3:00 p.m. the day before scheduled hearing.

Date Issued:  December 04, 2025
(1) Daniel Vincent Attridge

/s/ _____
Victoria Rivera
Magistrate Courtroom Deputy
(512) 916-5896, ext. 8788


cc:        U.S. District Judge
           U.S. Probation
           U.S. Pretrial Services
           U.S. Clerk
           U.S. Attorney

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

United States of America

v.                                                    Case Number:  AU:25-CR-00537(1)-RP

(1) Daniel Vincent Attridge
    *Defendant*

## NOTICE OF WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT
## AND ENTRY OF PLEA OF NOT GUILTY

 Now comes Defendant in the above-referenced case who, along with his undersigned attorney, hereby acknowledges the following:

1)  Defendant has received a copy of the charging document in this case.

2)  Defendant has read the charging document or had it read to him/her.

3)  Defendant understands he/she has the right to appear personally with his/her attorney before a Judge for Arraignment in open Court on this accusation.  Defendant further understands that, absent the present waiver, he/she will be so arraigned in open Court.

Defendant, having conferred with his/her attorney in this regard, hereby waives personal appearance with his/her attorney at the arraignment of this case and the reading of the charging document, and by this instrument, tenders his/her plea of "not guilty."  The defendant understands that entry by the Court of said plea for defendant will conclude the arraignment in this case for all purposes.  Defendant requests the Court accept his/her waiver of appearance and enter a plea of "not guilty."

**I UNDERSTAND UNLESS OTHERWISE ORDERED BY THE COURT, I MUST FILE ANY PRETRIAL MOTION (CITING LEGAL AUTHORITY UPON WHICH I RELY AND A PROPOSED ORDER) WITHIN FOURTEEN (14) DAYS AFTER ARRAIGNMENT, OR, IF I HAVE WAIVED ARRAIGNMENT WITHIN FOURTEEN (14) DAYS AFTER THE LATEST SCHEDULED ARRAIGNMENT DATE.  *See Local Criminal Rules CR-12 and CR-47.***

*Date:*  December 4, 2025

_____          _____
                                          *Signature of Attorney*

_____          _____
*Defendant's Signature*                   *Name of Attorney*

                              Address:  _____

                                        _____

                            Telephone:  _____

**ALL WAIVER FORMS MUST BE FILED IN THE CLERK'S OFFICE NO LATER THAN 4:00 PM ON THE DAY BEFORE THE SCHEDULED DATE OF ARRAIGNMENT.  IF A WAIVER FORM IS NOT SUBMITTED BY THAT TIME, THE DEFENDANT AND DEFENDANT'S ATTORNEY MUST APPEAR FOR THE ARRAIGNMENT AS SCHEDULED.**