AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| USA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cr-00537-RP-1 |
| Daniel Vincent Attridge | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Daniel Vincent Attridge

Date: 12/15/2025

*Attorney's signature*

Jeffrey David Parker 24008648
*Printed name and bar number*

Lance Kenney Law
500 West 2nd St
Ste 1900
Austin, TX 78701
*Address*

jeffrey.parker@lancekennedy.com
*E-mail address*

(254) 939-8373
*Telephone number*

(254) 442-0200
*FAX number*