# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

United States of America

v.  Case Number: AU:25-CR-00537(1)-RP

(1) Daniel Vincent Attridge
*Defendant*

## NOTICE OF WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF PLEA OF NOT GUILTY

Now comes Defendant in the above-referenced case who, along with his undersigned attorney, hereby acknowledges the following:

1) Defendant has received a copy of the charging document in this case.

2) Defendant has read the charging document or had it read to him/her.

3) Defendant understands he/she has the right to appear personally with his/her attorney before a Judge for Arraignment in open Court on this accusation. Defendant further understands that, absent the present waiver, he/she will be so arraigned in open Court.

Defendant, having conferred with his/her attorney in this regard, hereby waives personal appearance with his/her attorney at the arraignment of this case and the reading of the charging document, and by this instrument, tenders his/her plea of "not guilty." The defendant understands that entry by the Court of said plea for defendant will conclude the arraignment in this case for all purposes. Defendant requests the Court accept his/her waiver of appearance and enter a plea of "not guilty."

**I UNDERSTAND UNLESS OTHERWISE ORDERED BY THE COURT, I MUST FILE ANY PRETRIAL MOTION (CITING LEGAL AUTHORITY UPON WHICH I RELY AND A PROPOSED ORDER) WITHIN FOURTEEN (14) DAYS AFTER ARRAIGNMENT, OR, IF I HAVE WAIVED ARRAIGNMENT WITHIN FOURTEEN (14) DAYS AFTER THE LATEST SCHEDULED ARRAIGNMENT DATE.** *See Local Criminal Rules CR-12 and CR-47.*

Date: December 15, 2025

*Signature of Attorney*

Daniel Vincent Attridge
ID 7rqmXgsSMqeyLp3qDpyqBHAS
*Defendant's Signature*

Jeffrey D. Parker
*Name of Attorney*

Address: 500 West 2nd St, Ste 1900
Austin, TX 78701
Telephone: (254)939-8373

**ALL WAIVER FORMS MUST BE FILED IN THE CLERK'S OFFICE NO LATER THAN 4:00 PM ON THE DAY BEFORE THE SCHEDULED DATE OF ARRAIGNMENT. IF A WAIVER FORM IS NOT SUBMITTED BY THAT TIME, THE DEFENDANT AND DEFENDANT'S ATTORNEY MUST APPEAR FOR THE ARRAIGNMENT AS SCHEDULED.**

## eSignature Details

**Signer ID:** **7rqmXgsSMqeyLp3qDpyqBHAS**
Signed by: Daniel Vincent Attridge
Sent to email: amberlou80@outlook.com
IP Address: 172.87.184.107
Signed at: Dec 15 2025, 12:18 pm CST