UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

UNITED STATES OF AMERICA

v.                                                                    Cause No. 1:25-CR-00537-RP-1

DANIEL VINCENT ATTRIDGE,

      Defendant

**DEFENDANT DANIEL VINCENT ATTRIDGE'S**
**<u>UNOPPOSED MOTION FOR CONTINUANCE</u>**

TO THE HONORABLE ROBERT PITMAN:

The Defendant in the above styled and numbered cause, Daniel Vincent Attridge, under the Sixth Amendment to the United States Constitution and 18 U.S.C. 3161(h)(8), respectfully moves the Court for an order continuing the trial of this matter for a minimum of thirty (30) days. In support of this motion, Daniel Vincent Attridge would show the Court as follows:

I.

The Defendant is set for jury trial on February 9, 2026, at 9:30 a.m. The plea agreement is due on or before January 21, 2026. A docket call is set for January 30, 2026 at 9:00 a.m.

The Defendant will show that there has been an unexpected occurrence which requires continuance or postponement of all pending settings in this cause, specifically that:

On January 20, 2026, Assistant United States Attorney Alan M. Buie confirmed to counsel for Defendant that there is a substantial amount of electronic financial transactions which are still in the process of being copied to a hard drive supplied to Government by defense counsel and which have not finished the process of copying. Defense counsel supplied the Government with a five terabyte hard drive, a size which was necessary for the copying of the financial data discovery. The Government estimates it may take several more days just for the physical copying of the data. Once received by defense counsel, counsel will need sufficient time to review the data and determine whether an expert, such as a forensic accountant,

will be needed. This determination can only be made once the data is received by defense counsel and an initial review can be conducted.

No reasonable diligence by the Defendant could have anticipated the occurrence of the unexpected event.

This Motion for Continuance is not made for purposes of delay, but that justice may be done.

II.

Counsel for the Defendant conferred with Assistant United States Attorney Alan M. Buie about this motion on January 20, 2026. The government is not opposed to this motion.

Daniel Vincent Attridge therefore prays that the Court enter an order continuing the current setting of this cause for no less than thirty, but preferably sixty days.

Respectfully Submitted,

/s/ Jeffrey D. Parker
Jeffrey D. Parker
Texas State Bar Number:  24008648
Post Office Box 660
Belton, Texas 76513-0660
Telephone:  (254)939-8373
Facsimile:  (254)939-7583
Email: attorney@jeffparkerlaw.com
Attorney for Defendant Daniel Vincent Attridge

CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the Assistant United States Attorney and any other required parties.

/s/ Jeffrey D. Parker
Jeffrey D. Parker